IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KENNETH WAYNE JACKSON, | ) |
| Plaintiff, | ) Case No. 7:10CV00337 |
| v. | ) FINAL ORDER |
| JESSICA MILLER JOHNSON, ET AL., | ) By: Glen E. Conrad<br>) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous; plaintiff's request for interlocutory injunctive relief is **DENIED**; and this action is stricken from the active docket of the court.

ENTER: This 4th day of August, 2010.

_____
Chief United States District Judge